■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v AMAR SCOTT, Respondent. (Appeal No. 2.) [852 NYS2d 903]—

Same memorandum as in *People v Fulton* (49 AD3d 1223 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.